IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TOMMY MARSHALL                                                                    PLAINTIFF

v.                              Case No. 4:18-cv-254-BSM

MWF CONSTRUCTION, LLC;                                                       DEFENDANTS
& MATT FOSTER

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### STATEMENT OF UNDISPUTED FACTS

6.      When Defendants hired Plaintiff, there was no specific end date to his job; rather, Plaintiff was hired to work indefinitely, and Foster had the right to terminate Plaintiff's employment at any time.

**Response No. 6:**      Denied.  Defendant testified in his deposition that Mr. Marshall's position had no specific end date, which is accurate, but does not mean that Mr. Marshall was hired to work "indefinitely."  *See* Deposition of Matt Foster, Exhibit 2, at 35.  As Mr. Foster makes clear in his affidavit, Mr. Marshall's position was temporary.  *See* Exhibit 3, ¶ 4.

34.      When Plaintiff was hired there was no specific end date to his job; he was hired for an indefinite term.

**Response No. 34:**      Denied. Defendant testified in his deposition that Mr. Marshall's position had no specific end date, which is accurate, but does not mean that Mr. Marshall was hired to work "indefinitely."  *See* Deposition of Matt Foster, Exhibit 2, at 35.  As Mr. Foster makes clear in his affidavit, Mr. Marshall's position was temporary.  *See* Exhibit 3, ¶ 4.

Respectfully submitted,


/s/ Hamilton Kemp
Joseph Hamilton Kemp, Ark. Bar No. 2008283
Mann & Kemp, PLLC
221 West Second Street, Suite 408

1

Little Rock, Arkansas 72201
(501) 222-7378
(501) 222-7478 (fax)
hamilton@mannkemp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following attorneys of record:

Sean Short
Josh Sanford
Sandford Law Firm, PLLC
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211

*/s/  Hamilton Kemp*

2