**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TOMMY MARSHALL**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 4:18-CV-00254 BSM**

**MWF CONSTRUCTION, LLC, and
MATT FOSTER**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE