# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

TOMMY MARSHALL                                                                PLAINTIFF

v.                           CASE NO. 4:18-CV-00254 BSM

MWF CONSTRUCTION, LLC, and
MATT FOSTER                                                                   DEFENDANTS

## ORDER

Tommy Marshall's motion for reconsideration [Doc. No. 32] is granted, and the prior order and judgment [Doc. Nos. 30, 31] are vacated. An amended order and judgment shall issue.

IT IS SO ORDERED this 16th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE