IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TOMMY MARSHALL**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:18-CV-00254 BSM**

**MWF CONSTRUCTION, LLC, and**
**MATT FOSTER**                                                              **DEFENDANTS**

## ORDER

Consistent with the parties' settlement agreement, entered into the record on April 22, 2019, judgment is entered for Tommy Marshall and against defendants in the amount of $2,567.75. Additionally, Marshall is awarded reasonable attorney's fees in the amount of $16,981.57 and costs in the amount of $949.50. *See* Doc. No. 29. Accordingly, the total amount of the judgment is $20,498.82, and execution may issue as provided by law. Jurisdiction will be retained over the parties to enforce the terms of this judgment.

IT IS SO ORDERED this 16th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE