IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TOMMY MARSHALL**                                                                         **PLAINTIFF**

v.                                **CASE NO. 4:18-CV-00254 BSM**

**MWF CONSTRUCTION, LLC, and**
**MATT FOSTER**                                                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered on this day, final judgment is entered for Tommy Marshall in the amount of $20,498.82. Execution may issue as provided by law. Jurisdictional shall be retained for the purposed of enforcing this judgment.

IT IS SO ORDERED this 16th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE